844 A.2d 1215

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Saharris ROLLINS, Petitioner.**

Supreme Court of Pennsylvania.

March 3, 2004.

*ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of March 2004, we **QUASH** the Petition for Allowance of Appeal.